Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re: Nuvico, Inc.
Debtor

Case No.: 16–33240–SLM
Chapter 7

Charles A. Stanziale Jr.
Plaintiff

v.

In Jin Choi
Defendant

Adv. Proc. No. 18–01613–SLM                Judge: Stacey L. Meisel

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on August 14, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 20
Joint Scheduling Order. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/13/2020 Discovery due by 11/10/2020. Trial date set for 2/11/2021 at 10:00 AM at SLM – Courtroom 3A, Newark. (env)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 14, 2020
JAN: env

                                                                Jeanne Naughton
                                                                 Clerk