Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Nuvico, Inc.
Debtor

Case No.: 16–33240–SLM
Chapter 7

Charles A. Stanziale Jr.
Plaintiff

v.

In Jin Choi
Defendant

Adv. Proc. No. 18–01613–SLM                    Judge: Stacey L. Meisel

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on August 14, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 21
Mediation Order. Anthony Sodono, III, Esq. added to the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/13/2020 (env)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 14, 2020
JAN: env

                                                            Jeanne Naughton
                                                            Clerk