| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **FOR THE DISTRICT OF NEW JERSEY** <br> Caption in compliance with D.N.J. LBR 9004-1(b) <br><br> **McCARTER & ENGLISH, LLP** <br> Jeffrey T. Testa <br> Geoffrey E. Lynott <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> Telephone: (973) 622-4444 <br> Facsimile: (973) 624-7070 <br> Email: jtesta@mccarter.com <br>         glynott@mccarter.com <br><br> *Counsel to the Chapter 7 Trustee* |

| | |
|---|---|
| In re: <br><br> NUVICO, INC., *et al.*,[1] <br><br>             Debtors. | Case No.: 16-33240 (SLM) <br><br> Chapter 7 |
| CHARLES A. STANZIALE, JR., in his capacity as Chapter 7 Trustee of Nuvico, Inc., *et al.*, <br><br>             Plaintiff, <br><br>             v. <br><br> IN JIN CHOI, YOUNG SOO CHOI and BLAZEWOOD CAPITAL PARTNERS, LLC, <br><br>             Defendants. | Adv. Pro. No. 18-01613 (SLM) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The matters in difference in the above-referenced action having been amicably resolved between the parties, it is hereby stipulated and agreed that Plaintiff Charles A. Stanziale, Jr., in his capacity as Chapter 7 Trustee of Nuvico, Inc., *et al.*, hereby dismisses the above action with

---

[1] The Debtors in these cases are Nuvico, Inc., Nuvico, LLC, Sky Mobile Solutions, LLC, and TVS Enterprises, Inc.

ME1 37604285v.1

prejudice as to the Defendants In Jin Choi, Young Soo Choi and Blazewood Capital Partners, LLC, each party to bear his, her or its own fees and costs.

Dated:  October 5, 2021
    Newark, New Jersey

**WASSERMAN, JURISTA & STOLZ, P.C.**   **McCARTER & ENGLISH, LLP**

By: */s/ Donald W. Clarke*    By: */s/ Jeffrey T. Testa*
    Donald W. Clarke, Esq.        Jeffrey T. Testa
    110 Allen Road, Suite 304     Geoffrey E. Lynott
    Basking Ridge, NJ 07920       Four Gateway Center
    Telephone: (973) 346-7604     100 Mulberry St.
    Facsimile: (973) 467-8126     Newark, N.J. 07102
    Email: dclarke@wjslaw.com     Telephone (973) 639-7939
                                  Facsimile (973) 624-7070
*Counsel for Defendants In Jin Choi, Young Soo*    jtesta@mccarter.com
*Choi and Blazewood Capital Partners, LLC*         glynott@mccarter.com

*Counsel to Plaintiff Charles A. Stanziale, Jr., in his capacity as Chapter 7 Trustee of Nuvico, Inc., et al.*

ME1 37604285v.1